IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

RICHARD STEPHENS-REID,

    Plaintiff,

v.

STATE OF FLORIDA, DEPARTMENT
OF CHILDREN AND FAMILIES,

    Defendant.
_____/

CASE NO.: 2019-CA-8498

DIVISION: CV-E



FILED
DEC 0 2 2019
CLERK CIRCUIT COURT

## COMPLAINT

Plaintiff, Richard Stephens-Reid, sues Defendant, State of Florida, Department of Children and Families, and alleges that:

### ALLEGATIONS COMMON TO BOTH COUNTS

1. This is an action for damages which exceed $15,000, exclusive of court costs and attorney's fees.

2. This is an action for compensatory damages due to retaliatory conduct brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3, et al; the Civil Rights Act of 1991, 42 U.S.C. § 1981a, et seq.; and 42 U.S.C. § 1983.

3. The Court has jurisdiction to hear this cause pursuant to 42 U.S.C. § 2000e-5(f), 28 U.S.C. § 1331 & 1343(4), and other applicable federal and Florida laws.

4. At all times relevant, Defendant was an department of the State of Florida charged with, inter alia, protecting the safety, health and well-being of children.

5. At all times relevant, Plaintiff was a citizen of the United States.

6. At all times relevant, Plaintiff was employed by

Page 1 of 5

Defendant as a Child Protective Investigator at Defendant's office in Jacksonville, Duval County, Florida.

7. At all times relevant, Plaintiff resided in Jacksonville, Duval County Florida, and worked for Defendant in Jacksonville, Duval County, Florida.

8. All acts giving rise to Plaintiff's claim occurred in Jacksonville, Duval County, Florida.

9. On or about January 18, 2017, Plaintiff filed a Charge of Discrimination with the United States Equal Employment Opportunity Commission (EEOC), Charge Number 510-2017-01103, wherein Plaintiff charged Defendant with Retaliation for failing to promote him from the position of Child Protective Investigator to Senior Child Protective Supervisor on or about September 16, 2016, and Senior Child Protective Investigator on or about October 14, 2016. A copy of said Charge is attached hereto as "EXHIBIT A' and incorporated herein by reference. Plaintiff alleged then, and alleges now, that such refusals to promote him were in retaliation for Plaintiff having prior made grievances and complaints to Defendant that he was being subjected to racial and gender discrimination at work, all in contravention of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e.

**COUNT I – RETALIATORY CONDUCT IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

10. Plaintiff realleges paragraphs 1 through 11, *supra*.

11. This is a count for damages due to retaliatory conduct brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3, *et al*, and the Civil Rights Act of 1991, 42 U.S.C. § 1981a, *et seq.*, which effects the nature of claims and damages for cases brought pursuant to Title VII.

12. At all times relevant, Plaintiff was en "employee" and Defendant was an "employer" as contemplated by Title VII.

13. Defendant properly applied for, and was fully qualified for, the promotion to the two positions of employment with Defendant stated in Paragraph 9, supra.

14. In fact, in properly and honestly applying Defendant's own internal scoring system to determine the eligibility of applicants by order/rank for a particular position, after considering all factors and qualifiers, in both instances Plaintiff was in fact the highest scoring applicant, and was first on the list of applicants entitled to be offered the positions.

15. However, Plaintiff was "demoted" on the list for both positions without justification or excuse, to a position on the eligibility/offer list that would assure that other applicants would accept the positions and be filled into them, solely and wholly in retaliation for Plaintiff having several times before September 2016 made grievances and complaints against and with Defendant alleging he was being subjected to racial and gender discrimination at work.

16. On or about July 16, 2019, the EEOC issued a Dismissal and Notice of Rights as to Plaintiff's Charge, above-described. A copy of such is attached hereto as "EXHIBIT B" and incorporated herein by reference.

17. Such letter of Determination was not received by Plaintiff until early September, 2019, and as such, the filing of this action in late November 2019 is timely, as it is filed within 90 days of Plaintiff's receipt of said letter.

18. As a result of Defendant's illegal retaliation against Plaintiff, Plaintiff has suffered damages, and will suffer damages in the future, consisting of loss of back pay, interest on back pay, loss of front pay, loss of anticipated salary due to salary increases, loss of opportunity, emotional pain, suffering and inconvenience, and mental anguish.

19. Plaintiff may retain attorneys to represent him in prosecuting this action and if so will be obligated to pay them a reasonable fee for their services.

20. Plaintiff will then be entitled to recover from Defendant his reasonable attorney's fees incurred in prosecuting this action pursuant to the laws cited in paragraph 2, *supra*.

WHEREFORE, Plaintiff demands judgment against Defendant for

the compensatory damages as alleged in paragraph 24, plus court costs, reasonable attorney's fees, and other legal and equitable relief the Court deems just and proper.

### COUNT II - CLAIM UNDER 42 U.S.C. § 1983 FOR VIOLATIONS OF PLAINTIFF'S TITLE VII CIVIL RIGHTS

21. Plaintiff realleges paragraphs 1 through 9 and 13 through 15, *supra*.

22. This is a count brought pursuant to 42 U.S.C. § 1983 for violations of Plaintiff's civil rights secured pursuant to the First Amendment of the United States Constitution and 42 U.S.C. § 2000e-3.

23. By retaliating against Plaintiff, Defendant has deprived and can be expected to deprive Plaintiff in the future of his right, secured by the freedom of speech clause of the First Amendment to the Constitution of the United States, to express his complaints and concerns that he is being, has been, or will be unlawfully discriminated against.

24. By retaliating against Plaintiff, Defendant has deprived and can be expected to deprive Plaintiff in the future of his right, secured 42 U.S.C. § 2000e-3, to be free from retaliation for filing a complaint, grievance, Charge or Discrimination alleging unlawful discrimination, or other mechanism of complaining as to or opposing unlawful discrimination.

40. Such deprivation by Defendant was done under color of law and with full knowledge that such deprivation was unlawful, and with full intent to that such deprivation take place and that it take place as a fully sanctioned act of person or persons with high-level authority within Defendant's organization.

41. Pursuant to 42 U.S.C. § 1988, Plaintiff is entitled to request that the Court allow him to recover his reasonable attorney's fees incurred in successfully prosecuting this cause, should he retain an attorney.

38. Plaintiff may retain an attorney to represent him in prosecuting this action and if so will be obligated to pay them a reasonable fee for their services.

WHEREFORE, Plaintiff demands judgment against Defendant for the compensatory damages as alleged supra, plus court costs, reasonable attorney's fees, and other legal and equitable relief the Court deems just and proper.

### JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

*/s/ Richard Stephens-Reid*

RICHARD STEPHENS-REID
Address: 2238 Eagles Nest Rd
Jacksonville, FL 32246
Phone: (904) 571-5422
Email: rstephens66@bellsouth.net

Plaintiff

Page 5 of 5

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

### 1. Personal Information

Last Name: Stephens-Reid     First Name: Richard     MI: A.
Street or Mailing Address: 2238 Eagles Nest Rd     Apt or Unit #:
City: Jacksonville   County: Duval   State: FL   Zip: 32246
Phone Numbers: Home: (904) 221-1539   Work: (   )
Cell: (904) 571-5422   Email Address: rstephens66@bellsouth.net
Date of Birth: 1-10-66   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☑ No
ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☑ Black or African American ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)?

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Veronica R. Rue     Relationship: mother
Address: 2238 Eagles Nest Rd   City: Jacksonville   State: FL   Zip Code: 32246
Home Phone: (904) 221-1539   Other Phone: (   )

### 2. I believe that I was discriminated against by the following organization(s): (Check those that apply)
☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Department of Children & Families
Address: 5920 Arlington Expwy   County: Duval
City: Jacksonville   State: FL   Zip: 32211   Phone: (904) 485   855-694-7411
Type of Business: Family Safety   Job Location if different from Org. Address:
Human Resources Director or Owner Name: Mary Smith   Phone: (855) 694-7411
Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☐ 201 – 500   ☑ More than 500

### 3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☐ No
Date Hired: 7-2005   Job Title At Hire: ESSZ
Pay Rate When Hired: 981.15   Last or Current Pay Rate: 1,791.54
Job Title at Time of Alleged Discrimination: Child Protective Invest   Date Quit/Discharged: N/A
Name and Title of Immediate Supervisor: Bruce Peacy, Chardasa Arvinger
If Job Applicant, Date You Applied for Job several   Job Title Applied For They are all attached

1

4. What is the reason (basis) for your claim of employment discrimination?

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☒ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _N/A_

If you checked genetic information, how did the employer obtain the genetic information? _N/A_

Other reason (basis) for discrimination (Explain): _N/A_

5. What happened to you that you believe was discriminatory? Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: _10/14/16_ Action: _Denied a promotion to a Senior child protective investigator_

Name and Title of Person(s) Responsible: _Linda Compton_

B. Date: _9-16-16_ Action: _Denied a promotion as Child Protective Supervisor_

Name and Title of Person(s) Responsible _Linda Compton_

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

_Due to me filing a grievance against the Department the in October of 2015 and please see attached documentation._

7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?

_Linda Compton - application was incomplete "Operations Manager"_
_Patricia Medlock - also said application was incomplete "Regional Director"_

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. _Please see attached documentation._ | | | |
| B. | | | |

2

Of the persons in the same or similar situation as you, who was treated *worse* than you?
Full Name    Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A. _Please see attached documents_

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?
Full Name    Race, Sex, Age, National Origin, Religion or Disability    Job Title    Description of Treatment

A. _Please see attached documents_

B. _____

Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
   ☐ Yes, I have a disability
   ☐ I do not have a disability now but I did have one
   ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or *limit* you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
   ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
   ☐ Yes  ☐ No

If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

How did your employer respond to your request? _____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. Bruce Penny | CPIS | 5920 Arlington Expwy | It was retaliation against me on a personal vendetta. |
| B. Mary Young | Secretary | 5920 Arlington Expwy | That it was Retaliation and a personal dislike. |

14. Have you filed a charge previously on this matter with the EEOC or another agency?  ☑ Yes  ☐ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: __IG__

16. Have you sought help about this situation from a union, an attorney, or any other source?  ☑ Yes  ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
AFSCME
Reginald Brady, Torrence Johnson in November 2016

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

**BOX 1**  ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2**  ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Signature_   12/15/16  Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

EEOC Form 161 (11/16)　　　　U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION　　　　Exhibit B

## DISMISSAL AND NOTICE OF RIGHTS

To: Richard A. Stephens-Reid
2238 Eagles Nest Road
Jacksonville, FL 32246

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

7019 0700 0002 3081 1971

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2017-01103 | Pablo Alfonso, Federal Investigator | (305) 808-1744 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_Michael J. Farrell,_
District Director

JUL 16 2019
(Date Mailed)

cc: Richard (Dick) E. Valentine
Compliance Officer - Civil Rights
FL Department of Children & Families
5920 Arlington Expressway
Roberts Building, Room 328
Jacksonville, FL 32211