UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**RICHARD STEPHENS-REID,**           CASE NO.:3:2021-cv-0584-BJD-LLL

    Plaintiff,

v.

**STATE OF FLORIDA, DEPARTMENT OF CHILDREN AND FAMILIES,**

    Defendant.
_____/

**NOTICE OF SETTLEMENT / RESOLUTION OF CASE - ALL ISSUES**

    Plaintiff, by and through the undersigned attorneys, comes now and advises the Court, pursuant to Rule 3.09, Local Rules of Middle District of Florida, that the parties have agreed to terms that settle and resolve all issues in this action currently pending before the Court.  Such settlement / resolution culminated today based upon ongoing and effective discussions between the parties over approximately the past two or three weeks, and this notice is therefore timely filed today.  The settlement / resolution shall be reduced to a formal writing by and between the parties in the near future and the parties are not yet in a position to seek a dismissal with prejudice.

    The Court therefore should remove this case from its trial calendar as no matters remain to be tried.

    Respectfully submitted.

**ALL FLORIDA JUSTICE, LLC.**

*/s/ Donald E. Pinaud, Jr.*

**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed this pleading with the Court's Electronic Filing / CMC / ECF System on this 3 day of October, 2022, and that such system will send electronic copies of this pleading via email to all registered parties on this day. To the best of my knowledge there are no parties that require service by U.S. Mail.

**ALL FLORIDA JUSTICE, LLC.**

*/s/ Donald E. Pinaud, Jr.*

**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.om
Attorneys for Plaintiff